# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FLYNNSCAPES, INC. | § | Case No. 17-10675 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/28/2017. The undersigned trustee was appointed on 03/01/2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $      11,305.69

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 2,932.73 |
| Bank service fees | 105.27 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]         $ | 8,267.69 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 06/27/2017 and the deadline for filing governmental claims was 08/28/2017 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,880.57 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,880.57 , for a total compensation of $ 1,880.57 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/05/2018           By:/s/DONALD R. LASSMAN, Trustee
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 17-10675 | FJB | Judge: FRANK BAILEY | Trustee Name: | DONALD R. LASSMAN, Trustee |
| --- | --- | --- | --- | --- | --- |
| Case Name: | FLYNNSCAPES, INC. | | | Date Filed (f) or Converted (c): | 02/28/17 (f) |
| | | | | 341(a) Meeting Date: | 03/29/17 |
| For Period Ending: | 02/05/18 | | | Claims Bar Date: | 06/27/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CITIZENS BANK CHECKING ACCOUNT | 0.00 | 0.00 | | 0.00 | FA |
| 2. CITIZENS BANK CHECKING ACCOUNT | 0.00 | 0.00 | | 0.00 | FA |
| 3. MACHINERY, FIXTURES AND EQUIPMENT | 10,150.00 | 8,000.00 | | 11,230.00 | FA |
| 4. ACCOUNTS RECEIVABLE (u) | 0.00 | 100.00 | | 75.69 | FA |

| | | | | | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $10,150.00 | $8,100.00 | | $11,305.69 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

tax returns and bank statements on their way. March 08, 2017, 03:26 pm

mail redirected. counsel and auctioneer hired and sale set . March 08, 2017, 10:37 pm

sale approved by the court. April 11, 2017, 01:10 pm

hired cpa to complete records review , await pasage of bar date and then file tfr. April 22, 2017, 02:23 pm

cpa reveiwing tax claims filed in csae. June 15, 2017, 11:05 am

claims reviewed - no objeciton sn required August 31, 2017, 02:55 pm

cpa just receiefd bank stametns and is completeing analsyis for bank documetns for prepferences etc. August 31, 2017, 03:38 pm

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 17-10675    FJB    Judge: FRANK BAILEY | Trustee Name:    DONALD R. LASSMAN, Trustee |
| Case Name: | FLYNNSCAPES, INC. | Date Filed (f) or Converted (c):    02/28/17 (f) |
| | | 341(a) Meeting Date:    03/29/17 |
| | | Claims Bar Date:    06/27/17 |

counsel completing preference analysis.  October 20, 2017, 12:13 pm

investigating hsareholder loan.  cpa to call debtor's accountant .  November 14, 2017, 05:48 pm

awating amended tax retrurns and info from cpa about money that debtor took from the compnay and then can make demand
for repayment. November 27, 2017, 10:57 am

debtor filed chapter 13 and dividend is diminimus to unsecured so pursuit of recovery of loan not financially viable.
ready for tfr and close case.  December 05, 2017, 02:16 pm

awatiing 2017 tax return forms for state and will then be able to close case.  January 16, 2018, 09:53 am

Initial Projected Date of Final Report (TFR): 12/31/18          Current Projected Date of Final Report (TFR): 12/31/18

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 17-10675 -FJB | | Trustee Name: | DONALD R. LASSMAN, Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | FLYNNSCAPES, INC. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******4235 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8340 | | | |
| For Period Ending: | 02/05/18 | | Blanket Bond (per case limit): | $ 30,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/19/17 | 4 | MOLLY WHITON CHAPTER 13 TRUTEE | PAYMENT ON ACCOUNT | 1221-000 | 23.65 | | 23.65 |
| 05/19/17 | 3 | PAUL SAPERSTEIN CO., INC. | AUCTION PROCEEDS | 1129-000 | 11,230.00 | | 11,253.65 |
| 06/05/17 | 030001 | PAUL E. SAPERSTEIN CO., INC. | allowed fees | 3610-000 | | 1,049.20 | 10,204.45 |
| 06/05/17 | 030002 | PAUL E. SAPERSTEIN CO., INC. | allowed expenses | 3610-000 | | 966.10 | 9,238.35 |
| 06/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 9,228.35 |
| 06/27/17 | 4 | CHAPTER 13 TRUSTEE MOLLY T WHITON | RICHARD ALLEN AND CHRISTINE JONE HAPTER 13 | 1221-000 | 17.35 | | 9,245.70 |
| 07/10/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.96 | 9,231.74 |
| 08/03/17 | 030003 | INTERNATIONAL SUREITES, LTD SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA 70139 | | 2300-000 | | 5.43 | 9,226.31 |
| 08/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.73 | 9,212.58 |
| 08/30/17 | 4 | MOLLY T WHITON, CHAPTER 13 TRUSTEE | PAYMENT ON ACCOUNT | 1221-000 | 19.51 | | 9,232.09 |
| 09/08/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.70 | 9,218.39 |
| 10/06/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.26 | 9,205.13 |
| 10/12/17 | 4 | ROBERTA NAPOLITANO | PAYMENT ON ACCOUNT | 1221-000 | 15.18 | | 9,220.31 |
| 11/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.70 | 9,206.61 |
| 12/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.25 | 9,193.36 |
| 01/08/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.67 | 9,179.69 |
| 02/05/18 | 030004 | COMMONWEALTH OF MASSACHUSETTS | 47-4298340 2017 tax | 2820-000 | | 456.00 | 8,723.69 |
| 02/05/18 | 030005 | COMMONWEALTH OF MASSACHUSETTS | 47-4298340 2018 tax | 2820-000 | | 456.00 | 8,267.69 |

Page Subtotals    11,305.69    3,038.00

UST Form 101-7-TFR (5/1/2011) (Page: 5)

LFORM24

Ver: 20.00g

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 17-10675 -FJB | Trustee Name: | DONALD R. LASSMAN, Trustee |
|---|---|---|---|
| Case Name: | FLYNNSCAPES, INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******4235  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8340 | | |
| For Period Ending: | 02/05/18 | Blanket Bond (per case limit): | $ 30,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction / Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |
|---|---|---|---|---|
| | COLUMN TOTALS | 11,305.69 | 3,038.00 | 8,267.69 |
| | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | Subtotal | 11,305.69 | 3,038.00 | |
| | Less:  Payments to Debtors | | 0.00 | |
| | Net | 11,305.69 | 3,038.00 | |
| | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | TOTAL - ALL ACCOUNTS | | | |
| | Checking Account (Non-Interest Earn - *******4235 | 11,305.69 | 3,038.00 | 8,267.69 |
| | | ---------------------- | ---------------------- | ---------------------- |
| | | 11,305.69 | 3,038.00 | 8,267.69 |
| | | ============ | ============ | ============ |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: February 05, 2018 |
|---|---|---|---|---|---|---|

Case Number: 17-10675
Debtor Name: FLYNNSCAPES, INC.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3410-00 | MATRIX FINANCIAL LLC<br>60 WALNUT STREET<br>WELLESLEY, MA  02481 | Administrative | | $2,494.00 | $0.00 | $2,494.00 |
| 001<br>3120-00 | DONALD R. LASSMAN, ESQ.<br>P.O. BOX 920385<br>NEEDHAM, MA  02492 | Administrative | | $226.93 | $0.00 | $226.93 |
| 001<br>3110-00 | DONALD R. LASSMAN, ESQ.<br>P.O. BOX 920385<br>NEEDHAM, MA  02492 | Administrative | | $2,512.50 | $0.00 | $2,512.50 |
| BOND 999<br>2300-00 | INTERNATIONAL SUREITES, LTD<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA  70139 | Administrative | | $5.43 | $5.43 | $0.00 |
| 000001<br>041<br>5800-00 | Sterling Revenue Collector<br>PO Box 1<br>Oneco, CT 06373 | Priority | | $213.53 | $0.00 | $213.53 |
| 000003A<br>041<br>5800-00 | Massachusetts Department of Revenue<br>Bankruptcy Unit<br>PO Box 9564<br>Boston, MA 02114 | Priority | | $1,721.81 | $0.00 | $1,721.81 |
| 000004A<br>041<br>5800-00 | Connecticut Department of Revenue Services<br>Collections Unit - Bankruptcy Team<br>450 Columbus Blvd., Ste. 1<br>Hartford, CT 06103-1837 | Priority | | $32,421.88 | $0.00 | $32,421.88 |
| 090<br>7400-00 | MASSACHUSETTS DEPARTMENT OF REVENUE<br>P.O. BOX 9564<br>BOSTON, MA  02114-9564 | Unsecured | | $197.52 | $0.00 | $197.52 |
| 000002<br>070<br>7100-00 | East Hampton Savings Bank<br>PO Box 351<br>Easthampton, MA 01027 | Unsecured | | $57,327.78 | $0.00 | $57,327.78 |
| 000005<br>080<br>7200-00 | K&H Construction, LLC<br>25 Roode Roa<br>Plainfield, CT 06374 | Unsecured | | $2,470.04 | $0.00 | $2,470.04 |
| 00004B<br>070<br>7100-00 | Connecticut Department of Revenue<br>450 Columbus Blvd., Ste 1<br>Bankruptcy Team<br>Hartford, CT  06103 | Unsecured | | $3,368.78 | $0.00 | $3,368.78 |

| Page 2 | | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: February 05, 2018 |
|---|---|---|---|---|---|---|

Case Number: 17-10675  
Debtor Name: FLYNNSCAPES, INC.  
Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $102,960.20 | $5.43 | $102,954.77 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 17-10675
Case Name: FLYNNSCAPES, INC.
Trustee Name: DONALD R. LASSMAN, Trustee

| | | |
|---|---|---|
| Balance on hand | $ | 8,267.69 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DONALD R. LASSMAN, Trustee | $ 1,880.57 | $ 0.00 | $ 1,880.57 |
| Attorney for Trustee Fees: DONALD R. LASSMAN, ESQ. | $ 2,512.50 | $ 0.00 | $ 2,512.50 |
| Attorney for Trustee Expenses: DONALD R. LASSMAN, ESQ. | $ 226.93 | $ 0.00 | $ 226.93 |
| Accountant for Trustee Fees: MATRIX FINANCIAL LLC | $ 2,494.00 | $ 0.00 | $ 2,494.00 |
| Other: INTERNATIONAL SUREITES, LTD | $ 5.43 | $ 5.43 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 7,114.00 |
| Remaining Balance | $ | 1,153.69 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 34,357.22 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Sterling Revenue Collector | $ 213.53 | $ 0.00 | $ 7.17 |
| 000003A | Massachusetts Department of Revenue | $ 1,721.81 | $ 0.00 | $ 57.82 |
| 000004A | Connecticut Department of Revenue | $ 32,421.88 | $ 0.00 | $ 1,088.70 |

Total to be paid to priority creditors                                                                $             1,153.69

Remaining Balance                                                                                              $                  0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 60,696.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | East Hampton Savings Bank | $ 57,327.78 | $ 0.00 | $ 0.00 |
| 00004B | Connecticut Department of Revenue | $ 3,368.78 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors                                    $                  0.00

Remaining Balance                                                                                              $                  0.00

Tardily filed claims of general (unsecured) creditors totaling $ 2,470.04  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | K&H Construction, LLC | $ 2,470.04 | $ 0.00 | $ 0.00 |

| | Total to be paid to tardy general unsecured creditors | $ 0.00 |
|---|---|---|
| | Remaining Balance | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 197.52  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | MASSACHUSETTS DEPARTMENT OF REVENUE | $ 197.52 | $ 0.00 | $ 0.00 |

| | Total to be paid to subordinated unsecured creditors | $ 0.00 |
|---|---|---|
| | Remaining Balance | $ 0.00 |