UST-10

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| IN RE: | CHAPTER 7 |
|---|---|
| **FLYNNSCAPES, INC.** | **CASE NO.:  17-10675** |

**ORDER APPROVING TRUSTEE'S FINAL REPORT AND**
**ACCOUNT AFTER DISTRIBUTION, DISCHARGING TRUSTEE**
**AND CLOSING CASE**

The Trustee's Final Report and Account After Distribution having been submitted by the trustee to the United States Trustee, along with all cancelled checks and ending bank statement(s) reflecting a zero ($0) ending bank balance in all estate accounts, and the same having initially been reviewed by the United States Trustee and filed with the Court without objection;

**IT IS HEREBY ORDERED** that the trustee's Final Report and Account After Distribution is **Approved**, and further that the trustee is hereby discharged from his/her duties herein as trustee.

**IT IS FURTHER ORDERED** that this proceeding is closed pursuant to 11 U.S.C. §350(a) and FRBP 5009.

Dated: _____          _____
                                       U.S. Bankruptcy Judge     08/31/2018